

# Service of Process Transmittal

06/07/2018
CT Log Number 533477143

| | |
|---|---|
| **TO:** | Jennifer Boland, Insurance and Wrap Up Advisor<br>Safway Services, LLC<br>N19 W24200 Riverwood Drive<br>Waukesha, WI 53188 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | SAFWAY SERVICES, LLC  (Former Name)  (Domestic State: DE)<br>BrandSafway Services LLC (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WILLIAM BELLEVILLE, Pltf. vs. SAFWAY SERVICES, LLC, etc. and PHILLIPS 66 WOOD RIVER REFINERY, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Madison County - 3rd Judicial Circuit Court, IL<br>Case # 2018L000697 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - June 19, 2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/07/2018 at 11:30 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Ronald S. Motil<br>BEATTY MOTIL & BLACK<br>78 S Main. Street<br>P.O. Box 730<br>Glen Carbon, IL 62034<br>618-288-1300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/08/2018, Expected Purge Date: 06/13/2018<br><br>Image SOP<br><br>Email Notification,  Kim Blankenship  kim.blankenship@beis.com<br><br>Email Notification,  Jennifer Boland  Jennifer.Boland@Safway.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of  1 / RG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No. 2018 L 000697

DATE: May 25, 2018

WILLIAM BELLEVILLE

                PLAINTIFF

VS.

SAFWAY SERVICES LLC A CORP

                DEFENDANT

DEFENDANT: SAFWAY SERVICES LLC A CORP

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this May 25, 2018.

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: _____
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
RONALD S. MOTIL
BEATTY & MOTIL
78 S MAIN ST PO BOX 730
GLEN CARBON, IL 62034

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

FOREIGN

1 of 2

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.



```
*0279955 7*
```

**DOC.TYPE:** LAW
**CASE NUMBER:** 18L000697
**DEFENDANT**
SAFWAY SERVICES LLC
208 S LASALLE ST
CHICAGO, IL 60604
814

**DIE DATE**
06/19/2018

**SERVICE INF**
CT CORP

**ATTACHED**

CASE No. 2018 L 000697

STATE OF ILLINOIS }
MADISON COUNTY  } ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the _____ day of _____, 20____.

===========================================================================================
=

I have duly served the said summons on the defendant, _____
on the _____ day of _____, 20_____, by leaving a copy of said summons on said date at his/her usual place of abode with _____ _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____, 20_____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his/her usual place of abode, as stated hereinabove in my return.

Dated this _____ day of _____, 20_____.

                                                                              Sheriff
===========================================================================================

Sheriff's Fees

Service................$_____

Making Copies..........$_____

Miles Traveled..$_____

Cost of mailing copies  $_____

Return..................$_____

Total...................$_____

WILLIAM BELLEVILLE

                        PLAINTIFF

VS.

SAFWAY SERVICES LLC A CORP

                        DEFENDANT

***EFILED***
Case Number 2018L 000697
Transaction ID: 62066118
Date: May 24 2018 03:08PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WILLIAM BELLEVILLE, )
)
      Plaintiff, )
)
-vs- ) Case No.: 18-L-697
)
SAFWAY SERVICES, LLC, a )
corporation, and PHILLIPS 66 )
WOOD RIVER REFINERY, )
a corporation, )
)
      Defendants. )

## COMPLAINT

### Count I

    Comes now the Plaintiff, William Belleville, by and through his attorneys, Beatty Motil & Black, and for Count I of his cause of action against the Defendant, Safway Services, LLC, a corporation, states as follows:

    1.    That on or about June 19, 2017, the Plaintiff, William Belleville, was and still is a resident and citizen of the City of Moro, County of Madison, and State of Illinois, and was employed by AECom Energy and Construction, Inc. as a pipefitter at the Phillips 66 Wood River Refinery located in Madison County, Illinois.

    2.    That at all relevant times herein, the Defendant, Safway Services, LLC, was and still is a corporation duly organized, incorporated, and existing under the laws of the State of Illinois, doing business in the State of Illinois, and with its principal place of business in the State of Illinois.

3. That at all relevant times herein, the Defendant, Phillips 66 Wood River Refinery, was the owner of the oil refinery located in the City of Wood River, County of Madison, and State of Illinois, and had contractual and supervisory control over the construction activities at the refinery.

4. That on a date prior to June 19, 2017, the Defendant, Phillips 66 Wood River Refinery, entered into a contract with Plaintiff's employer, AECom Energy and Consultants, Inc., to perform certain construction and maintenance work duties at the refinery of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois; that the Defendant, Phillips 66 Wood River Refinery, also entered into a contract with the Defendant, Safway Services, LLC, to perform certain construction work and to provide scaffolds and scaffold equipment for the work being performed at said refinery of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois; and that AECom Energy and Consultants, Inc., hired the Plaintiff, William Belleville, to perform services as a pipefitter and assigned him duties in the Cat Cracker area of the refinery.

5. That at the aforesaid time and place, and prior thereto, the Defendant, Safway Services, LLC, erected, constructed, placed, or caused to be erected, constructed, placed or operated, certain scaffolds and scaffold equipment to be used in the construction and maintenance work at said refinery.

6. That on or about June 19, 2017, the Plaintiff, William Belleville, was rightfully on the premises of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois, performing his duties as a pipefitter; that his duties required him to work in the Cat Cracker area of the refinery; that as Plaintiff was manually moving an air hose in the performance of his duties, he was caused to trip backwards over a scaffold which had been improperly constructed

and improperly left in a walkway by the Defendant, Safway Services, LLC, by and through its agents, servants, or employees, causing the Plaintiff to suffer severe and permanent injuries as will be more fully alleged hereafter.

7. That the Defendant, Safway Services, LLC, had a duty to exercise ordinary care and caution for the safety of the Plaintiff and to provide the Plaintiff with a reasonably safe place in which to work because it retained control of the premises, because of the contracts with the Plaintiff's employer, and because of the supervision and control exercised by its agents, servants, and employees.

8. That at said time and place, the Defendant, Safway Services, LLC, by and through its agents, servants, or employees, breached its duty, failed to provide the Plaintiff with a reasonably safe place in which to work, and was negligent in one or more of the following respects:

a) Improperly placed a scaffold in a walkway whereby said scaffold became a tripping hazard;

b) Failed to properly construct the scaffold by placing a mid-rail of the scaffold in a lower and unsafe position;

c) Failed to erect a safe, suitable, and proper scaffold for the protection of the Plaintiff;

d) Failed to warn the Plaintiff of the dangerous condition of the scaffold when the Defendant knew, or in the exercise of ordinary care should have known, that the scaffold was improperly constructed and improperly placed in a walkway.

9. That as a direct and proximate result of one or more of the aforesaid acts or omissions on the part of the Defendant, by and through its agents, servants, or employees, the Plaintiff, William Belleville, was injured; that he suffered severe injuries to his right shoulder; that he has in the past and will in the future, suffer considerable pain due to said injuries; that he

has become disabled and will continue to be disabled; all of which said injuries and conditions are permanent; that he has expended large sums of money securing medical treatment and will continue to expend large sums of money in the future for his medical care and treatment; and that he has in the past and will in the future, lose large sums of money that he otherwise might have gained from the pursuit of his usual occupation.

WHEREFORE, the Plaintiff, William Belleville, by and through his attorneys, Beatty Motil & Black, prays judgment against the Defendant, Safway Services, LLC, a corporation, in a sum of money in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

### Count II

Comes now the Plaintiff, William Belleville, by and through his attorneys, Beatty Motil & Black, and for Count II of his cause of action against the Defendant, Phillips 66 Wood River Refinery, a corporation, states as follows:

1. That on or about June 19, 2017, the Plaintiff, William Belleville, was and still is a resident and citizen of the City of Moro, County of Madison, and State of Illinois, and was employed by AECom Energy and Construction, Inc. as a pipefitter at the Phillips 66 Wood River Refinery located in Madison County, Illinois.

2. That at all relevant times herein, the Defendant, Phillips 66 Wood River Refinery, was and still is a corporation duly organized, incorporated, and existing under the laws of the State of Illinois, doing business in the State of Illinois, and with its principal place of business in the State of Illinois.

3. That at all relevant times herein, the Defendant, Phillips 66 Wood River Refinery, was the owner of the oil refinery located in the City of Wood River, County of Madison, and

State of Illinois, and had contractual and supervisory control over the construction activities at the refinery.

4. That on a date prior to June 19, 2017, the Defendant, Phillips 66 Wood River Refinery, entered into a contract with Plaintiff's employer, AECom Energy and Consultants, Inc., to perform certain construction and maintenance work duties at the refinery of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois; that the Defendant, Phillips 66 Wood River Refinery, also entered into a contract with the Defendant, Safway Services, LLC, to perform certain construction work and to provide scaffolds and scaffold equipment for the work being performed at said refinery of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois; and that AECom Energy and Consultants, Inc., hired the Plaintiff, William Belleville, to perform services as a pipefitter and assigned him duties in the Cat Cracker area of the refinery.

5. That at the aforesaid time and place, and prior thereto, the Defendant, Safway Services, LLC, erected, constructed, placed, or caused to be erected, constructed, placed or operated, certain scaffolds and scaffold equipment to be used in the construction and maintenance work at said refinery.

6. That on or about June 19, 2017, the Plaintiff, William Belleville, was rightfully on the premises of the Defendant, Phillips 66 Wood River Refinery, in Wood River, Illinois, performing his duties as a pipefitter; that his duties required him to work in the Cat Cracker area of the refinery; that as Plaintiff was manually moving an air hose in the performance of his duties, he was caused to trip backwards over a scaffold which had been improperly constructed and improperly left in a walkway by the Defendants, Safway Services, LLC, and Phillips 66

Wood River Refinery, by and through their agents, servants, or employees, causing the Plaintiff to suffer severe and permanent injuries as will be more fully alleged hereafter.

7. That the Defendant, Phillips 66 Wood River Refinery, had a duty to exercise ordinary care and caution for the safety of the Plaintiff and to provide the Plaintiff with a reasonably safe place in which to work because it retained control of the premises, because of the contracts with the Plaintiff's employer, and because of the supervision and control exercised by its agents, servants, and employees.

8. That at said time and place, the Defendant, Phillips 66 Wood River Refinery, by and through its agents, servants, or employees, breached its duty, failed to provide the Plaintiff with a reasonably safe place in which to work, and was negligent in one or more of the following respects:

a) failed to make inspections of the Plaintiff's work area when the Defendant knew, or in the exercise of ordinary care should have known, that the scaffold was improperly placed in a walkway and was a tripping hazard;

b) failed to make an inspection of the Plaintiff's work area when the Defendant knew, or in the exercise of ordinary care should have known, that the scaffold was improperly constructed by placing a mid-rail in a low position;

c) failed to give adequate warnings concerning the dangerous propensities of said scaffold;

d) failed to discover the unsafe placement of said scaffold in Plaintiff's work area;

      e) failed to discover the unsafe construction of the scaffold in Plaintiff's work area;

      f) allowed unsafe practices of the improper construction and improper placement of said scaffold at the construction site to occur.

9. That as a direct and proximate result of one or more of the aforesaid acts or omissions on the part of the Defendant, by and through its agents, servants, or employees, the Plaintiff, William Belleville, was injured; that he suffered severe injuries to his right shoulder; that he has in the past and will in the future, suffer considerable pain due to said injuries; that he has become disabled and will continue to be disabled; all of which said injuries and conditions are permanent; that he has expended large sums of money securing medical treatment and will continue to expend large sums of money in the future for his medical care and treatment; and that he has in the past and will in the future, lose large sums of money that he otherwise might have gained from the pursuit of his usual occupation.

WHEREFORE, the Plaintiff, William Belleville, by and through his attorneys, Beatty Motil & Black, prays judgment against the Defendant, Phillips 66 Wood River Refinery, a corporation, in a sum of money in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

WILLIAM BELLEVILLE, Plaintiff

By: _____
Ronald S. Motil - #06185802
BEATTY MOTIL & BLACK
78 S Main. Street
P.O. Box 730
Glen Carbon, Illinois 62034
PH: 618-288-1300
ATTORNEY FOR PLAINTIFF