UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| WILLIAM BELLEVILLE,<br><br>                          Plaintiff,<br><br>    vs.<br><br>SAFWAY SERVICES, LLC, a corporation,<br>and PHILLIPS 66 WOOD RIVER REFINERY,<br>a corporation,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>    vs.<br><br>AECOMM ENERGY & CONSTRUCTION, INC.<br>f/k/a URS ENERGY & CONSTRUCTION, INC.,<br><br>            Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 3:18-cv-01340-GCS |

## AGREED JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, WILLIAM BELLEVILLE, and Defendants, SAFWAY SERVICES, LLC, and PHILLIPS 66 COMPANY, and Third-Party Defendant, AECOMM ENERGY & CONSTRUCTION, INC., by their respective undersigned counsel, jointly stipulate that:

1.      Plaintiff WILLIAM BELLEVILLE's action be dismissed with prejudice and without costs pursuant to settlement.

2.      Defendants/Third-Party Plaintiffs SAFWAY SERVICES, LLC and PHILLIPS 66 WOOD RIVER REFINERY, action against Third-Party Defendant, AECOMM ENERGY & CONSTRUCTION, INC., f/k/a URS ENERGY & CONSTRUCTION, INC., be dismissed with prejudice without costs pursuant to settlement.

**STIPULATED AND AGREED:**

WILLIAM BELLEVILLE, Plaintiff

By:    /s/Robert P. Marcus
            Robert P. Marcus
            The Gori Law Firm, P.C.
            156 North Main St.
            Edwardsville, IL  62025
            Telephone:  (618) 659-9833
            Email:  bmarcus@gorilaw.com
            *Attorneys for Plaintiff, William Belleville*

PHILLIPS 66, Defendant/Third-Party Plaintiff

By:       */s/John F. Kamin*
            John F. Kamin
            Quinn Johnston
            227 NE Jefferson Street
            Peoria, IL  61602
            Telephone:  (309) 674-1133
            Email:  jkamin@quinnjohnston.com
            *Attorneys for Defendant/Third Party Plaintiff, Phillips 66*

SAFWAY SERVICES, LLC, Defendant/Third-Party Plaintiff

By:       */s/James D. DeFranco*
            James D. DeFranco
            Nicholas C. Martin
            DeFranco & Bradley, P.C.
            141 Market Place, Suite 104
            Fairview Heights, IL  62208
            Telephone:  (618) 628-2000
            Email:  defranco@defrancolaw.com
            and nmartin@defrancolaw.com
            *Attorneys for Defendant/Third Party Plaintiff, Safway Services, LLC*

AECOMM ENERGY & CONSTRUCTION, INC.,
Third-Party Defendant,


By:_____*/s/ Heather J. Hays*_____
            Jeffrey K. Suess
            Heather J. Hays
            Rynearson, Suess, Schnurbusch & Champion
            500 N. Broadway, Suite 1550
            St. Louis, MO  63102
            Telephone:  (314) 421-4430
            Email:  jsuess@rssclaw.com and
            hhays@rssclaw.com
            *Attorneys for Third Party Defendant,*
            *AEComm Energy & Construction, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed this **AGREED JOINT SIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Robert P. Marcus                    ***Attorney for Plaintiff***
The Gori Law Firm, P.C.
156 North Main Street
Edwardsville, IL 62025
*bmarcus@gorilaw.com*

James D. DeFranco                    ***Attorneys for Safway Services, LLC***
Nicholas C. Martin
DeFranco & Bradley, P.C.
141 Market Place, Suite 104
Fairview Heights, IL 62208
*defranco@defrancolaw.com*
*warren@defrancolaw.com*

Jeffrey K. Suess                    ***Attorneys for AECOMM Energy***
Heather J. Hays
Rynearson, Suess, Schnurbusch & Champion, LLC
500 N. Broadway, Suite 1550
St. Louis, MO 63102
*jsuess@rssclaw.com*
*hhays@rssclaw.com*


                    */s/John F. Kamin*
                 John F. Kamin (Illinois Bar No. 6205804)
                 QUINN JOHNSTON
                 227 N.E. Jefferson Ave.
                 Peoria, IL  61602-1211
                 Telephone:  309-674-1133


4819-0878-9732, v. 1

4